ACCEPTED
01-16-00101-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/19/2016 12:23:43 PM
CHRISTOPHER PRINE
CLERK

No. 01-16-00101-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/19/2016 12:23:43 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON, TEXAS

THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,
Appellant,

V.

MARKIDA RENEE MITCHELL
Appellee.

ON APPEAL FROM THE 127TH JUDICIAL DISTRICT COURT OF
HARRIS COUNTY, TEXAS
CAUSE NO. 2015-03587

**MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

COMES NOW, the Appellee, MARKIDA RENEE MITCHELL, and moves the Court to extend the time to file her Appellee's Brief pursuant to Tex. R. App. P. §§ 10.5(b) and 38.6(d).

## I.
## INTRODUCTION

1.      Appellant's Brief was filed on April 6, 2016.

2.      Appellee's Brief is currently due on or before April 26, 2016.

3.     Appellee requests a two (2) week extension of time to file her brief. If the extension is granted, the new due date would be **May 10, 2016.**

4.     No prior extensions have been requested by Appellee.

5.     No rule limits the time within which to file this motion to extend. Tex. R. App. P. § 38.6(d).

6.     Counsel for Appellant agrees to this extension.

## II.
## REASONS FOR EXTENSION

Additional time is requested by Appellee for two reasons: (a) Appellee's counsel has experienced a higher-than-normal caseload which is resulting in a challenge in complying with the 20-day response time; and (b) the flooding events of April 18, 2016 in Houston have prevented Appellee's counsel from reaching his office further complicating the effort to meet the original deadline.

## III.
## FIRST REQUEST FOR EXTENSION BY APPELLEE

This is Appellee's first request for an extension of time to file her Appellee's Brief. No party will be prejudiced if it is granted. This extension is not sought merely for delay, but is necessary so that justice can be done.

## IV.
## AGREED MOTION

As shown by the Certificate of Conference, Appellee's counsel has contacted counsel for Appellant to confer about this extension. Counsel for Appellant has agreed to this extension.

## V.
## CONCLUSION

For the foregoing reasons, Appellee respectfully requests that the Court grant an extension for filing her Appellee's Brief. Appellee requests a two week extension from the current date the Appellee's Brief is due, which would make May 10, 2016 the new deadline for Appellee to file her brief.

WHEREFORE, PREMISES CONSIDERED, Appellee, Markida Renee Mitchell, moves the court to grant this first Motion for Extension of Time making Appellee's Brief due on May 10, 2016, and prays for all other and further relief, both in law and in equity, to which she may be entitled.

RESPECTFULLY SUBMITTED,

The Verde Law Firm, PLLC

/s/ Joshua A. Verde
Joshua A. Verde
State Bar No. 24077590
2100 West Loop South, 14th FL

Houston, TX 77027
Tel: (713) 909-4347
Fax: (713) 588-2431
josh@verde-law.com

ATTORNEY FOR APPELLEE

## CERTIFICATE OF CONFERENCE

Pursuant to Rule 10.1(a)(5), counsel for Appellee certifies that he conferred all other parties about the merits of this motion and counsel for Appellant, S. Ronald Keister, stated that he is UNOPPOSED to the motion.

/s/ Joshua A. Verde
Joshua A. Verde

## CERTIFICATE OF SERVICE

The undersigned certifies, pursuant to Rule 9.5(e), that he served a true and correct copy of this motion on the counsel listed below, on April 19, 2016 via fax, e-mail, and electronic service.

/s/ Joshua A. Verde
Joshua A. Verde

S. RONALD KEISTER
Assistant Attorney General
Tort Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Ronny.Keister@texasattorneygeneral.gov
PHONE (512) 463-2197
FAX (512) 457-4435
ATTORNEY FOR APPELLANT